MORRIS GOLDSTEIN, Appellant, v. SAMLIB REALTY CORPORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No

opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BRYAN, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.